1  Scotty Levy
   NATIONAL PARK SERVICE
2  Law Enforcement Office
3  P.O. Box 517
   Yosemite, California   95389
4  Telephone: (209) 372-0243

5

6
       **In The Eastern District of California for the**
7

8              **United States District Court**

9

10

11 UNITED STATES OF AMERICA,     )   CASE NO. 6:07-mj-00269wmw
                                 )
12          Plaintiff,           )
                                 )   MOTION TO DISMISS
13          v.                   )   AND ORDER
                                 )
14  Fiorindo Randy Cortesi       )   Date: July 22, 2008
                                 )   Time: 10:00 a.m.
15          Defendant.           )   Courtroom: U.S. Magistrate
                                 )   Judge:
16                               )   Hon. William M. Wunderlich
                                 )
17                               )
   _____)
18

19 The United States Government, through its representative Scotty

20 Levy, respectfully requests that count three 36 CFR 2.30(a)(2)

21 Misappropriation, be dismissed in the interest of justice.

22

23 Respectfully submitted,

24

25                                   /s/ Scotty Levy

26 Dated:   July 17, 2008       _____

27                                   Scotty Levy
                                     National Park Service

28

                              1

1                                          **ORDER**

2      It is so ordered.
3

4

5

6

7

8
       IT IS SO ORDERED.
9
       **Dated:    July 18, 2008**                    **/s/  William M. Wunderlich**
10                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28